# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TONIA ESTES**                                                                                              **PLAINTIFF**

**v.**                                        **3:11CV00109-BRW**

**DAVID BURNSIDE, Individually and in his**
**Official Capacity as Police Officer for the City**
**of Walnut Ridge, Arkansas, et al.**                                                  **DEFENDANTS**

## ORDER

The unopposed Motion for Extension of Time to Respond to Complaint (Doc. No. 8) by Defendants City of Walnut Ridge, Arkansas, and David Burnside is GRANTED, and the deadline for filing a response is extended until 5:00 p.m. on Friday, August 19, 2011.

IT IS SO ORDERED this 2nd day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE