IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONIA ESTES                                                                                               PLAINTIFF

v.                                              3:11CV00109-BRW

DAVID BURNSIDE, Individually and in his
Official Capacity as Police Officer for the City
of Walnut Ridge, Arkansas, et al.                                                            DEFENDANTS

## ORDER

Pending is separate Defendant Lawrence County Jail's Motion to Dismiss (Doc. No. 3). Because the Lawrence County Jail is not a legal entity subject to suit under 42 U.S.C. § 1983,[1] the Motion is GRANTED. Accordingly, Defendant Lawrence County Jail is DISMISSED from this case.

IT IS SO ORDERED this 8th day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) ("[C]ounty jails are not legal entities amenable to suit."); *De La Garza v. Kandiyohi County Jail*, 18 F. App'x 436 (8th Cir. 2001).