IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONIA ESTES                                                                                           PLAINTIFF

vs                                      3:11CV00109-BRW

DAVID BURNSIDE, Individually and In
His Official Capacity as Police Officer of the
City of Walnut Ridge, Arkansas, et al                                            DEFENDANTS

## ORDER

Pursuant to the Separate Defendants' Answer to Complaint (doc #2), the name of separate defendant, Dan Ellis has changed to:

    DAN ELLISON

The Clerk is directed to make this change on the Court's docket.

IS SO ORDERED this 8th day of August, 2011.

                            AT THE DIRECTION OF THE COURT
                            JAMES McCORMACK, CLERK


                            /s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd