IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONIA ESTES                                                                                        PLAINTIFF

vs.                                            3:11CV00109-BRW

DAVID BURNSIDE, ET AL                                                                DEFENDANTS

## ORDER

Pending before this Court is the Motion for Continuance (doc #26) filed by separate Defendants, Lawrence County, Arkansas and Dan Ellison. After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED. The case will be removed from the Court's trial docket of October, 23, 2012 in Jonesboro, Arkansas. The trial is continued on the Court's calendar to January 29, 2013, in Jonesboro. All previously set deadlines remain in effect.

IT IS SO ORDERED this 18th day of May, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

ordcontn.wpd