## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TONIA ESTES**                                                                     **PLAINTIFF**

**v.**                              **3:11CV00109-BRW**

**DAVID BURNSIDE, Individually and in his**                            **DEFENDANTS**
**Official Capacity as Police Officer for the City**
**of Walnut Ridge,** *et al.*

### ORDER

Pending is the parties' Joint Motion for Extension of Discovery and Motions Deadlines

(Doc. No. 28).  The parties ask that the discovery deadline be extended up to and including

September 25, 2012, and that the dispositive motions deadline be extended until October 25,

2012.  The Motion is GRANTED.  The discovery deadline is now September 25, 2012;

dispositive motions are due by October 25, 2012.

IT IS SO ORDERED this 26th day of July, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE