IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONIA ESTES                                                                                           PLAINTIFF

v.                                           3:11-CV-00109-BRW

DAVID BURNSIDE, *et al.*                                                                   DEFENDANTS

## ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 30). The parties have settled their differences, and ask that the remaining Defendants in this case, Lawrence County, Arkansas, and Dan Ellison, in his individual and official capacities, be dismissed with prejudice.[1] The Motion is GRANTED. The Court retains jurisdiction to: enforce the terms of the settlement agreement; vacate this order; and reopen this action upon good cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 27th day of September, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] On April 4, 2012, a Suggestion of Death was filed as to Defendant David Burnside.